UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&B LAMPLIGHTER OCEANSIDE MOBILEHOME PARK, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WESCO INSURANCE COMPANY, AMTRUST NORTH AMERICA, INC., AND SEDGWICK CLAIMS MANAGEMENT, INC.,<br><br>Defendants. | Case No.:  20cv1302-JAH (BGS)<br><br>**ORDER WITHDRAWING DEFENDANTS' MOTION TO DISMISS AND FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT** |

Pending before the Court is the parties' joint motion to withdraw Defendants' Westco Insurance Company et al.'s ("Defendants") motions to dismiss (Doc Nos. 3, 4) and for Plaintiff B&B Lamplighter Oceanside Mobilehome Park, LLC ("Plaintiff") to file an amended complaint. *See* Doc. No. 7.

///

///

///

///

///

///

1 | Upon review of the motion and good cause appearing, the parties' motion is
2 | **GRANTED**. Accordingly, **IT IS HEREBY ORDERED:**
3 |     1.  Defendants' motions to dismiss shall be withdrawn (Doc. Nos. 3, 4).
4 |     2.  Plaintiff shall file an amended complaint no later than **August 21, 2020**.
5 |     **IT IS SO ORDERED.**

DATED: August 10, 2020

_____
Hon. John A. Houston
United States District Judge